NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBINSON QUALITY CONSTRUCTORS,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1255

---

Appeal from the Armed Services Board of Contract Appeals in no. 55784, Administrative Judge Peter D. Ting.

---

## ON MOTION

---

Before MAYER, LOURIE, and BRYSON, *Circuit Judges.*

BRYSON, *Circuit Judge.*

## ORDER

Upon consideration of Robinson Quality Constructors' motion for reconsideration of the court's May 3, 2010 order dismissing this appeal as untimely,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

SEP 1 6 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: D. Lynn Whitt, Esq.
Domenique Kirchner, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 1 6 2010

**JAN HORBALY**
**CLERK**